8 So.2d 900

**Richard DILL v. STATE.**

6 Div. 873.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 900

**Richard DILL v. STATE.**

6 Div. 874.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

1 So.2d 924

**Lawton DODD v. STATE.**

8 Div. 132.

Court of Appeals of Alabama.
March 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

6 So.2d 904

**Curtis DRINKARD v. STATE.**

8 Div. 186.

Court of Appeals of Alabama.
Feb. 17, 1942.

A. M. Smith, Jr., of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

**6** So.2d 904

**Luther DRINKARD v. STATE.**

8 Div. 187.

Court of Appeals of Alabama.
Feb. 17, 1942.

A. M. Smith, Jr., of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed on authority of Simpson v. State, 111 Ala. 6, 20 So. 572.

**1** So.2d 42

**Jim DUNCAN v. STATE.**

6 Div. 713.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.